

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jessica Ann Cahall, Appellant

No. 06-23-00061-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 17F1143-005). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Jessica Ann Cahall, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk